No. 4139.—Pueblo, apldo., v. Cortés, aplte.—C. D. Aguadilla. Hurto menor. Mayo 5, 1930.

No. 4140.—Pueblo, apldo., v. Cortés, aplte.—C. D. Aguadilla. Hurto menor. Mayo 5, 1930.

No. 4141.—Pueblo, apldo., v. Cortés, aplte.—C. D. Aguadilla. Hurto menor. Mayo 5, 1930.

No. 4142.—Pueblo, apldo., v. Vázquez, aplte.—C. D. Aguadilla. Portar armas. Mayo 5, 1930.

No. 4143.—Pueblo, apldo., v. Vázquez, aplte.—C. D. Aguadilla. Asesinato en primer grado. Mayo 5, 1930.

No. 4144.—Pueblo, apldo., v. Valentín, aplte.—C. D. Aguadilla. Infracción artículo 260 del Código Penal. Mayo 5, 1930.

No. 4145.—Pueblo, apldo., v. Rodríguez, aplte.—C. D. Aguadilla. Hurto menor subsiguiente. Mayo 5, 1930.

No. 4138.—Pueblo, apldo., v. Cabán, aplte.—C. D. Aguadilla. Hurto menor subsiguiente. Mayo 6, 1930.

No. 5132.—Resto, apldo., v. Del Valle Guzmán et al., apltes.—C. D. San Juan. Rescisión de contrato. Nov. 6, 1929.

El Juez Asociado Señor Texidor no intervino.

Ex parte, Martínez González, promovente.—C. D. Mayagüez. Autorización judicial. Nov. 11, 1929.

El Juez Asociado Señor Texidor no intervino.

No. 5083.—Sucs. de L. Villamil & Co., aplda., v. Rivera, aplte.—C. D. San Juan. Cobro de dinero. Nov. 16, 1929.

No. 4987.—Pastor et al., apldos., v. Cividanes, aplte.—C. D. Guayama. Administración judicial. Nov. 19, 1929.

No. 5022.—San Juan Racing & Sporting Club, Inc., aplte.,